UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BUCKWARD DIGITAL SERVICES, INC.**, *et al.*, | § § § |
| Plaintiffs, | § § CIVIL ACTION NO. H-05-1728 |
| VS. | § § |
| **MILLAR INSTRUMENTS**, *et al.*, | § § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion to modify the Court's Order of February 17, 2006 (Docket No. 47). Plaintiffs point out that a duly issued copyright registration constitutes *prima facie* evidence of copyright validity and shifts the burden of proof to Defendants to provide evidence supporting a finding of invalidity. Plaintiffs argue that, because the parties do not dispute the issuance of a registered copyright, Plaintiffs should not be required to present additional evidence of validity until Defendants have filed a motion for summary judgment and offered evidence to support that motion.

Plaintiffs are correct. The evidentiary hearing regarding copyright validity, set for April 7, 2006, is hereby **CANCELLED**. The Court declines to resolve the issue of copyright validity in the absence of a summary judgment motion filed by any party. The Court notes, however, that this action remains bifurcated and that damages discovery is therefore premature at this time.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**