# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BUCKWARD DIGITAL SERVICES, INC.,** *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. H-05-1728 § § |
| **MILLAR INSTRUMENTS,** *et al.*, | § § |
| Defendants. | § § |

## MEMORANDUM AND ORDER

Pending before the Court are Plaintiffs' motion to strike Defendant Millar Instruments' reply to Plaintiffs' motion for summary judgment, on the ground that it was untimely served upon Plaintiffs, and Plaintiffs' motion for an extension of time within which to file a reply.  After considering the parties' filings, the Court finds that neither side will be prejudiced by the Court's granting extensions to Plaintiffs and to Millar. Accordingly, Plaintiffs' motion to strike, Docket No. 72, is hereby **DENIED**, and Plaintiffs' motion for extension of time, Docket No. 68, is hereby **GRANTED**.  Plaintiffs are hereby **ORDERED** to file their reply, if any, to Defendants' responses to Plaintiffs' motion for summary judgment not later than Friday, April 21, 2006.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**